UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **CV 16-4342-DMG (RAOx)**                                Date  December 7, 2016

Title  *Juan Briseno v. Wing Hop Fung Ginseng, Inc., et al.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES RE DISMISSAL OF ACTION**

On November 17, 2016, the Court ordered Plaintiff to show cause in writing, no later than December 1, 2016, why the above-entitled action should not be dismissed for failure to prosecute. To date, Plaintiff has not filed a response.

Accordingly, good cause appearing, the Court DISMISSES this action without prejudice under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

IT IS SO ORDERED.